UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 26

On 5/25/2023, I did cause a copy of the following documents, described below,

Compensation Granted ECF Docket Reference No. 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/25/2023

/s/ Joseph C. Jeppson, VI
Joseph C. Jeppson, VI

Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118
816 472 1655
tricia@jeppsonlawoffice.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 26

On 5/25/2023, a copy of the following documents, described below,

Compensation Granted ECF Docket Reference No. 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/25/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Jeppson, VI
Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
08664
CASE 23-40582-BTF13
WESTERN DISTRICT OF MISSOURI
KANSAS CITY
MON MAY 1 09-53-05 CDT 202

ALISSA REITER
16601 NE 176TH STREET
HOLT MO 64048-0000

BMO HARRIS BANK NA
111 W MONROE ST
CHICAGO IL 60603-4095

CENTRA FUNDING LLC
1400 PRESTON RD 115
PLANO TX 75093-5159

CITIBANK
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS MO 63179-0040

CITIBANK RETAIL SERVICES
PO BOX 6497
SIOUX FALLS SD 57117-6497

CLAY COUNTY COLLECTOR
1 COURTHOUSE SQ
LIBERTY MO 64068-2365

CLICK LEASE
1182 W 2400 S STE A
SALT LAKE CITY UT 84119-8510

(P)COMMUNITY AMERICA CREDIT UNION
POB 15950
LENEXA KS 66285-5950

COMMUNITYAMERICA CREDIT UNION
ATTN BANKRUPTCY
9777 RIDGE DRIVE
LENEXA KS 66219-9746

EQUIFAX INFORMATION SERVICES LLC
PO BOX 740256
ATLANTA GA 30374-0256

EXPERIAN
955 AMERICAN LAND
SCHAUMBURG IL 60173-4998

(P)FIFTH THIRD BANK
MD ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

GENERAL REVENUE CORPORATION
ATTN BANKRUPTCY DEPT
4660 DUKE DR STE 200
MASON OH 45040-8466

GREENSKY
ATTN BANKRUPTCY DEPT
5565 GLERIDGE CONNECTOR STE 700
ATLANTA GA 30342-4796

GREENSKY LLC
ATTN BANKRUPTCY
1797 NORTHEAST EXPY NE STE 100
ATLANTA GA 30329-2451

(P)GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LIBERTY HOSPITAL
2525 GLENN HENDREN DR
LIBERTY MO 64068-9600

MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSELS OFFICE
PO BOX 475
JEFFERSON CITY MO 65105-0475

MISSOURI DEPARTMENT OF REVENUE
IND INCOME TAX CORRESPONDENCE
PO BOX 385
JEFFERSON CITY MO 65105-0385

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA NE 68103-3030

PLATTE CLAY FUELS LLC
1000 W STATE ROUTE 92
KEARNEY MO 64060-8682

AUSTIN MYLES REITER
16601 NE 176TH ST
HOLT MO 64048

TRACCBCDCITICORP
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790394
ST LOUIS MO 63179-0394

TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CHESTER PA 19016-2000

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via a First Class USPS Mail Service.

(P)U S ATTORNEY FOR THE WESTERN
DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

US TRUSTEE  WDMO
400 E 9TH ST RM 3440
KANSAS CITY MO 64106-2625

UPSTART FINANCE
ATTN BANKRUPTCY
PO BOX 1503
SAN CARLOS CA 94070-7503

WRIGHT LAW GROUP PLLC
12333 SOWDEN RD STE B PMB 84356
HOUSTON TX 77080-2059



# U.S. Bankruptcy Court

# Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Richardson, Kristina D. entered on 5/24/2023 at 1:37 PM CDT and filed on 5/24/2023

**Case Name:**        Austin Myles Reiter -ABOVE MED-
**Case Number:**     23-40582-btf13
**Document Number:** 26

## Docket Text:

---

### Order of the Court

The Application for Compensation is hereby Granted for Joseph C. Jeppson, Debtor's Attorney, Fees awarded: $5,375.00, Expenses awarded: $236.00; Awarded on 5/24/2023. The fees are to be paid through the Chapter 13 Plan.

It is so ORDERED by /s/ *Brian T. Fenimore*

**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.**
File the Certificate of Service and relate it to the **epo** category.
*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

(Related document(s)[7] Application for Compensation) (Richardson, Kristina)

---



5716 N. Broadway St. Gladstone, MO 64118 • www.jeppsonlawoffice.com