# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 81

On 1/9/2024, I did cause a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 81

Motion to Suspend Chapter 13 Plan Payments 82

Motion for Post-Confirmation Fees 83

Motion for Pre-Confirmation Fees 84

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/9/2024

/s/ Joseph C. Jeppson, VI
Joseph C. Jeppson, VI

Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118
816 472 1655
tricia@jeppsonlawoffice.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 81

On 1/9/2024, a copy of the following documents, described below,

2nd Amended Plan ECF Docket Reference No. 81

Motion to Suspend Chapter 13 Plan Payments 82

Motion for Post-Confirmation Fees 83

Motion for Pre-Confirmation Fees 84

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/9/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Jeppson, VI
Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08664
CASE 23-40582-BTF13
WESTERN DISTRICT OF MISSOURI
KANSAS CITY
MON JAN  8 15-38-25 CST 2024

COMMUNITYAMERICA CREDIT UNION
ATTN  BANKRUPTCY DEPT
PO BOX 15950
LENEXA KS 66285-5950

CENTRA FUNDING LLC
CO WRIGHT LAW GROUP PLLC
PO BOX 105603
PMB 84356
ATLANTA GA 30348-5603

CLICKLEASE LLC
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

FIRST PORTFOLIO VENTURES II LLC
3091 GOVERNORS LAKE DRIVE SUITE 500
PEACHTREE CORNERS GA 30071-1135

FORT HAYS STATE UNIVERSITY
STUDENT FISCAL SERVICES
PICKEN HALL 317
HAYS KS 67601

(P)GREENSKY  LLC
5565 GLENRIDGE CON
7TH FLOOR
ATLANTA GA 30342-4796

(P)GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSELS OFFICE
PO BOX 475
JEFFERSON CITY MO 65105-0475

NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA NE 68103-3030

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

AUSTIN MYLES REITER
16001 NE 176TH ST
HOLT MO 64048-8987

(P)US DEPT OF HOUSING AND URBAN
DEVELOPMENT R
1222 SPRUCE STREET ROOM 3 203
ST LOUIS MO 63103-2818

UPSTART NETWORK INC
PO BOX 1931
BURLINGAME CA 94011-1931



**U.S. Bankruptcy Court**

**Western District of Missouri**

Notice of Electronic Filing

The following transaction was received from Joseph C. Jeppson entered on 1/8/2024 at 6:45 PM CST and filed on 1/8/2024
**Case Name:**   Austin Myles Reiter -ABOVE MED-
**Case Number:** 23-40582-btf13

**Docket Text:**
Motion for Pre-Confirmation Fees for the debtor's attorney, the Jeppson Law Office, in the amount of - Fees: $600.00, Expenses: ZERO The fees are to be **paid through the Chapter 13 Plan.** Filed by Austin Myles Reiter. **Response to Motion for Pre-Conf Fees due by 01/29/2024.** (Jeppson, Joseph)

The following document(s) are associated with this transaction:

**Document Number:** 84



5716 N. Broadway St. Gladstone, MO 64118 • www.jeppsonlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| IN RE: | ) | |
| | ) | |
| Austin Myles Reiter | ) | Case No.  23-40582-btf-13 |
| | ) | |
| Debtor(s) | ) | |

**MOTION FOR PRE-CONFIRMATION FEES**

In accordance with Local Rule 2016-2(E), the attorney for the debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

☑ $ 250.00  Defense of Motions to Dismiss for Failure to Make Plan Payments
Date Filed    8/24/2023
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.66 )

☑ $ 350.00  Defense of Motons for Relief from the Automatic Stay
Date Filed    9/13/2023
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.66 )

☐ ___
Date Filed ___
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.50 )

☐ ___
Date Filed ___
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.50 )

☐ ___
Date Filed ___
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.50 )

☐ ___
Date Filed ___
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.50 )

☐ ___
Date Filed ___
Hearing Date
Copy Expenses  (___  Number of Pages Per Copy x  $ 0.25 )
Postage Expenses  (___  Number of Copies Mailed x  $ 0.50 )

**$  600.00  Total Fees**          **ZERO  Total Expenses**

The services indicated above having been completed, additional compensation is hereby requested in the amounts described above.
**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

January 8, 2024
Date

/s/  Joseph C. Jeppson, VI
Jeppson Law Office, LLC, attorney for the debtor
(816) 472-1655; (816) 472-1661 (FAX)
Info@JeppsonLawOffice.com

**NOTICE OF MOTION**
Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the U.S. Bankruptcy Court, Room 1510, U.S. Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel. The Application and accompanying time sheets are on file and available for inspection in the Office of the Clerk during regular business hours. If objections are timely filed, the Court will rule the matter from the pleadings or set the objections for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

**CERTIFICATE OF SERVICE**
I have caused a copy of the above to be sent electronically within 3 days of its filing to the debtors, the United States Trustee to ustp.region13.kc.fees@usdoj.gov, and all parties receiving electronic notice, including the chapter 13 trustee, and conventionally to all creditors requesting non-electronic notice as detailed in the electronic filing receipt entered by the clerk.