## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In re:** | ) |
| **Austin Myles Reiter** | ) |
| | )    **Case No. 23-40582-btf-13** |
| **Debtor.** | ) |

## CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR PRE-CONFIRMATION FEES

**COMES NOW** Richard V. Fink, the Chapter 13 Trustee ("trustee"), and files this Response to the Debtor's Motion for Pre-Confirmation Fees (ECF Doc #84), and in support thereof states:

1. On January 8, 2024, the debtor's attorney filed a Motion for Pre-Confirmation Fees per the Local Rule 2016-2 (E) Pre-Confirmation Attorney Fees and Expenses in Chapter 13 cases.

2. In the Motion, the debtor's attorney requests $250.00 for Defense of Motions to Dismiss for Failure to Make Plan Payments and $350.00 for Defense of Motions for Relief from Automatic Stay.

3. The additional compensation is for services performed on August 24, 2023 and September 13, 2023.

4. Local Rule 2016-2 (E) was revised via General Order on October 24, 2023.

5. The trustee cannot determine if the added revision to Local Rule 2016-2 is to be applied retroactively and requests a hearing on the matter.

**WHEREFORE,** the Chapter 13 Trustee files this response to the Motion for Pre-Confirmation Fees and requests a hearing on the matter.

Respectfully submitted,

January 12, 2024

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

1

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

Debtor
Jeppson Law Office, LLC, attorney for debtors (357394)


/s/ Richard V. Fink, Trustee