UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

AUSTIN MYLES REITER

CASE NO: 23-40582

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 95

On 2/1/2024, I did cause a copy of the following documents, described below,

Order on Motion to Suspend Chapter 13 Plan Payments ECF Docket Reference No. 95

Order Granting Motion for Post-Confirmation Fees 96

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/1/2024

/s/ Joseph C. Jeppson, VI
Joseph C. Jeppson, VI

Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118
816 472 1655
tricia@jeppsonlawoffice.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:

AUSTIN MYLES REITER

CASE NO: 23-40582

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 95

On 2/1/2024, a copy of the following documents, described below,

Order on Motion to Suspend Chapter 13 Plan Payments ECF Docket Reference No. 95

Order Granting Motion for Post-Confirmation Fees 96

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/1/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Jeppson, VI
Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118

USPS FIRST CLASS MAILING TO CREDITORS: Parties with names struck through or labeled ON/FCE SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-40582<br>WESTERN DISTRICT OF MISSOURI<br>THU FEB 1 9-26-5 PST 2024 | (U)GUILD MORTGAGE COMPANY LLC | ALISSA REITER<br>16601 NE 176TH STREET<br>HOLT MO 64048-0000 |
| BMO HARRIS BANK NA<br>111 W MONROE ST<br>CHICAGO IL 60603-4095 | COMMUNITYAMERICA CREDIT UNION<br>ATTN BANKRUPTCY DEPT<br>PO BOX 15950<br>LENEXA KS 66285-5950 | CENTRA FUNDING LLC<br>CO WRIGHT LAW GROUP PLLC<br>PO BOX 105603<br>PMB 84356<br>ATLANTA GA 30348-5603 |
| CENTRA FUNDING LLC<br>1400 PRESTON RD 115<br>PLANO TX 75093-5159 | CITIBANK<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | CITIBANK RETAIL SERVICES<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| USPS CHANGE<br>CLAY COUNTY COLLECTOR<br>1 COURTHOUSE SQ<br>LIBERTY MO 64068-2365 | (P)CLICKLEASE LLC<br>1182 W 2400 S<br>WEST VALLEY CITY UT 84119-8510 | CLICKLEASE LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 |
| (P)COMMUNITY AMERICA CREDIT UNION<br>POB 15950<br>LENEXA KS 66285-5950 | COMMUNITYAMERICA CREDIT UNION<br>ATTN BANKRUPTCY<br>9777 RIDGE DRIVE<br>LENEXA KS 66219-9746 | (P)EQUIFAX INC<br>1550 PEACHTREE STREET NE<br>ATLANTA GA 30309 |
| EXPERIAN<br>955 AMERICAN LAND<br>SCHAUMBURG IL 60173-4998 | FIRST PORTFOLIO VENTURES II LLC<br>3091 GOVERNORS LAKE DRIVE SUITE 500<br>PEACHTREE CORNERS GA 30071-1135 | (P)FIFTH THIRD BANK<br>MD ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| FORT HAYS STATE UNIVERSITY<br>STUDENT FISCAL SERVICES<br>PICKEN HALL 317<br>HAYS KS 67601 | GENERAL REVENUE CORPORATION<br>ATTN BANKRUPTCY DEPT<br>4660 DUKE DR STE 200<br>MASON OH 45040-8466 | GREENSKY<br>ATTN BANKRUPTCY DEPT<br>5565 GLERIDGE CONNECTOR STE 700<br>ATLANTA GA 30342-4796 |
| GREENSKY LLC<br>ATTN BANKRUPTCY<br>1797 NORTHEAST EXPY NE STE 100<br>ATLANTA GA 30329-2451 | (P)GREENSKY LLC<br>5565 GLENRIDGE CON<br>7TH FLOOR<br>ATLANTA GA 30342-4796 | (P)GUILD MORTGAGE COMPANY LLC<br>5887 COPLEY DRIVE<br>SAN DIEGO CA 92111-7906 |
| EXCLUDE<br>(D)(P)GUILD MORTGAGE COMPANY LLC<br>5887 COPLEY DRIVE<br>SAN DIEGO CA 92111-7906 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LIBERTY HOSPITAL<br>2525 GLENN HENDREN DR<br>LIBERTY MO 64068-9600 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MATTHEW LEE
CO WRIGHT LAW GROUP PLLC
PO BOX 105603
PMB 84356
ATLANTA  GA 30348-5603

MISSOURI DEPARTMENT OF REVENUE
IND INCOME TAX CORRESPONDENCE
PO BOX 385
JEFFERSON CITY MO 65105-0385

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA NE 68103-3030

PLATTE CLAY FUELS  LLC
1000 W STATE ROUTE 92
KEARNEY MO 64060-8682

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

TRACCBCDCITICORP
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790394
ST LOUIS MO 63179-0394

TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CHESTER PA 19016-2000

(P)U S  ATTORNEY FOR THE WESTERN
DISTRICT OF MISSOURI
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(P)US DEPT OF HOUSING AND URBAN
DEVELOPMENT REG VII
1222 SPRUCE STREET ROOM 3 203
ST LOUIS MO 63103-2818

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE  NW
WASHINGTON DC 20530-0001

US TRUSTEE  WDMO
400 E 9TH ST  RM 3440
KANSAS CITY MO 64106-2625

UPSTART FINANCE
ATTN BANKRUPTCY
PO BOX 1503
SAN CARLOS CA 94070-7503

UPSTART NETWORK  INC
PO BOX 1931
BURLINGAME  CA 94011-1931

WRIGHT LAW GROUP  PLLC
12333 SOWDEN RD  STE B  PMB 84356
HOUSTON TX 77080-2059

DEBTOR
AUSTIN MYLES REITER
16001 NE 176TH ST
HOLT  MO 64048-8987

EXCLUDE
JOSEPH C JEPPSON VI
JEPPSON LAW OFFICE  LLC
5716 N BROADWAY ST
GLADSTONE  MO 64118 3962

EXCLUDE
(P)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108 0001



# U.S. Bankruptcy Court

## Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Almstedt, Jonathan entered on 1/31/2024 at 10:37 AM CST and filed on 1/31/2024

**Case Name:**      Austin Myles Reiter -ABOVE MED-
**Case Number:**    23-40582-btf13
**Document Number:** 96

## Docket Text:

---

### Order of the Court

The Motion for Post-Confirmation Fees is hereby GRANTED for Joseph C. Jeppson, Debtor's Attorney, Fees awarded: $1050.00, Expenses awarded: $17.40; Awarded on 1/31/2024 . The fees are to be paid through the Chapter 13 Plan.

It is so ORDERED by /s/ *Brian T. Fenimore*

.

**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.**
File the Certificate of Service and relate it to the **epo** category.
*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

(Related document(s)[83] Motion for Post-Confirmation Fees) (Almstedt, Jonathan)



5716 N. Broadway St. Gladstone, MO 64118 • www.jeppsonlawoffice.com