IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                          )
                                                )
Austin Myles Reiter                             )        Case No.  23-40582-btf-13
                                                )
                    Debtor(s)                   )

**MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-2(F), the attorney for the debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

☑ $ 250.00 Defense of Motions to Dismiss

- Date Filed 4/26/2024
- Hearing Date

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.66 )

☑ $ 250.00 Motions to Suspend or Abate Payments

- Date Filed 5/17/2024
- Hearing Date

$ 7.50 Copy Expenses ( 2 Number of Pages Per Copy x $ 0.25 )
$ 9.90 Postage Expenses ( 15 Number of Copies Mailed x $ 0.66 )

☐ _____ Defense of Motons for Relief from the Automatic Stay

- Date Filed
- $ 200.00 Hearing Date 4/15/2024

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.50 )

☐

- Date Filed
- Hearing Date

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.50 )

☐

- Date Filed
- Hearing Date

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.50 )

☐

- Date Filed
- Hearing Date

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.50 )

☐

- Date Filed
- Hearing Date

Copy Expenses ( ___ Number of Pages Per Copy x $ 0.25 )
Postage Expenses ( ___ Number of Copies Mailed x $ 0.50 )

**$ 700.00 Total Fees**          **$ 17.40 Total Expenses**

The services indicated above having been completed, additional compensation is hereby requested in the amounts described above.
**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

_____ May 17, 2024 _____          /s/  Joseph C. Jeppson, VI
Date                              Jeppson Law Office, LLC, attorney for the debtor
                                  (816) 472-1655; (816) 472-1661 (FAX)
                                  Info@JeppsonLawOffice.com

**NOTICE OF MOTION**

Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the U.S. Bankruptcy Court, Room 1510, U.S. Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel. The Application and accompanying time sheets are on file and available for inspection in the Office of the Clerk during regular business hours. If objections are timely filed, the Court will rule the matter from the pleadings or set the objections for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

**CERTIFICATE OF SERVICE**

I have caused a copy of the above to be sent electronically within 3 days of its filing to the debtors, the United States Trustee to ustp.region13.kc.fees@usdoj.gov, and all parties receiving electronic notice, including the chapter 13 trustee, and conventionally to all creditors requesting non-electronic notice as detailed in the electronic filing receipt entered by the clerk.