# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 143

On 6/12/2024, I did cause a copy of the following documents, described below,

Order Granting motion for Post-Confirmation fees ECF Docket Reference No. 143

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/12/2024

/s/ Joseph C. Jeppson, VI
Joseph C. Jeppson, VI

Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118
816 472 1655
tricia@jeppsonlawoffice.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:

Austin Myles Reiter

CASE NO: 23-40582

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 143

On 6/12/2024, a copy of the following documents, described below,

Order Granting motion for Post-Confirmation fees ECF Docket Reference No. 143

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Jeppson, VI
Jeppson Law Office
5716 N Broadway St
Gladstone, MO  64118

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
AUSTIN REITER
16001 NE 176TH STREET
HOLT MO 64048



# U.S. Bankruptcy Court

## Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Almstedt, Jonathan entered on 6/10/2024 at 10:13 AM CDT and filed on 6/10/2024

**Case Name:**        Austin Myles Reiter -ABOVE MED-
**Case Number:**      23-40582-btf13
**Document Number:** 143

## Docket Text:

---

### Order of the Court

The Motion for Post-Confirmation Fees is hereby GRANTED for Joseph C. Jeppson, Debtor's Attorney, Fees awarded: $700.00, Expenses awarded: $17.40; Awarded on 6/10/2024 . The fees are to be paid through the Chapter 13 Plan.

It is so ORDERED by /s/ *Brian T. Fenimore*

.

**The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.**
File the Certificate of Service and relate it to the **epo** category.
*This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*

(Related document(s)[134] Motion for Post-Confirmation Fees) (Almstedt, Jonathan)

